Certificate Number: 05781-FLN-DE-041278573

Bankruptcy Case Number: 26-40390



05781-FLN-DE-041278573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2026</u>, at <u>9:13</u> o'clock <u>PM PDT</u>, <u>Michael Johnson</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Florida</u>.

Date:    <u>August 2, 2026</u>                By:    <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:    <u>President</u>